I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-21-13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 21 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ELEBY, | ) Case No. CV 13-0531-CAS (JPR) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF U.S. |
| WARDEN THOMAS, | ) MAGISTRATE JUDGE |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that this action is dismissed with prejudice because Plaintiff has failed to prosecute it and because the Complaint and First Amended Complaint fail to state a claim upon which relief might be granted.

DATED: June 20, 2013

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE